Kathy Diane TUCKER; Mark Timothy Tucker, Plaintiffs—Appellants,

v.

Jean BASTER; EMSA Correctional Care, Inc.; EMSA Prison Health Services; Harvey Hoffman; Patrick Ozosky; Prison Health Services; EMSA Limited Partnership, Defendants—Appellees.

Adam Tucker, Plaintiff—Appellant,

v.

DBA, Henderson City Jail, Defendant,

and

EMSA Correctional Care; Prison Health SVC., Defendants—Appellees.

No. 03–16821, 03–16935.
D.C. Nos. CV–01–01012–RLH, CV–01–01515–RLH.

United States Court of Appeals, Ninth Circuit.

Argued March 17, 2005.

Submitted Aug. 25, 2005.

Decided Aug. 25, 2005.

Cal J. Potter, III, Potter Law Offices, Eric Brent Bryson, E. Brent Bryson, Ltd., Louis Palazzo, Murdock & Palazzo, Las Vegas, NV, for Plaintiffs–Appellants.

David J. Mortensen, Seetal Tejura, Alverson Taylor Mortensen Nelson & Sanders, Becky J. Christiansen, Las Vegas, NV, for Defendants–Appellees.

Before THOMAS and FISHER, Circuit Judges, and ROBART,[*] District Judge.

ORDER[**]

Pursuant to the stipulation of the parties, and for good cause shown, the court

[*] The Honorable James L. Robart, United States District Judge for the District of Western Washington, sitting by designation.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

dismisses this appeal with prejudice. Each party shall bear its own attorneys fees and costs. A certified copy of this order sent to the district court shall constitute the mandate.

**DISMISSED.**